### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **JERAL BATEN,** *et al.* )<br> )<br> **Plaintiffs,** )<br> )<br>**v.** )<br> )<br>**KOONS OF TYSONS CORNER, INC.,** )<br>**d.b.a. KOONS CHRYSLER DODGE** )<br>**JEEP RAM,** *et al.* )<br> )<br> **Defendants.** )<br> ) | Case No. 1:18-cv-242-CMH/IDD |

### JOINT NOTICE OF SETTLEMENT

Plaintiffs Jeral Baten, Ysabel Uchupe, Israel Ramirez, and Cecilio Mendez ("Plaintiffs"), through undersigned counsel, and Defendants Koons of Tysons Corner, Inc. ('Koons"), and DeJaun Moore d/b/a Auto Assets ("Auto Assets"), through undersigned counsel, have agreed in principle upon a settlement of this matter.

The Parties are in the process of finalizing and documenting the agreement and request that the hearing on class certification scheduled for June 1, 2018 be postponed.

Dated: May 31, 2018                                                           Respectfully submitted,

  /s/*                                                                /s/

Evan M. Stepanick, Esq.                          Edward Lee Isler
Virginia Bar No. 80967                            Virginia Bar No. 27985
Walton & Adams, P.C.                             ISLER DARE, P.C.
1925 Isaac Newton Square, Suite 250      1945 Old Gallows Road, Suite 650
Reston, Virginia 20190                            Vienna, Virginia 22182
Phone: 703-790-8000                              Phone: 703-748-2690
Fax: 703-290-8016                                  Fax: 703-748-2695
estepanick@walton-adams.com                eisler@islerdare.com

*Counsel for Defendant Koons of Tysons Corner, Inc.*

  /s/*                                                                /s/

Thomas F. Hennessy, Esq.                       Mark E. Papadopoulos
Virginia Bar No. 32850                            Va. Bar No.77508
The Hennessy Law Firm, PLLC              ISLER DARE, P.C.
4015 Chain Bridge Road, Suite G          1945 Old Gallows Road, Suite 650
Fairfax, Virginia 22030                            Vienna, Virginia 22182
Phone: 703-865-8836                              (703) 748-2690
Fax: 703-865-7633                                  (703) 748-2695 (fax)
thennessy@virginiawage.net                  mpapadopoulos@islerdare.com

*Counsel for Plaintiffs*                                 *Counsel for Defendant DeJaun Moore*

\*Signed by Mark E. Papadopoulos with permission from Thomas F. Hennessy and Evan M. Stepanick.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May 2018, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Thomas F. Hennessy, Esq.
>The Hennessy Law Firm, PLLC
>4015 Chain Bridge Road, Suite G
>Fairfax, Virginia 22030
>Phone: 703-865-8836
>Fax: 703-865-7633
>thennessy@virginiawage.net
>
>*Counsel for Plaintiffs*
>
>Evan M. Stepanick, Esq.
>Walton & Adams, P.C.
>1925 Isaac Newton Square, Suite 250
>Reston, Virginia 20190
>Phone: 703-790-8000
>Fax: 703-290-8016
>estepanick@walton-adams.com
>
>*Counsel for Defendant Koons of Tysons Corner, Inc.*

>              /s/
>Mark E. Papadopoulos
>Va. Bar No. 77508
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mpapadopoulos@islerdare.com
>
>*Counsel for Defendant DeJaun Moore*