IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JERAL BATEN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-242-CMH/IDD |
| ) | |
| KOONS OF TYSONS CORNER, INC., ) | |
| d.b.a. KOONS CHRYSLER DODGE ) | |
| JEEP RAM, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED** by and between the parties named in this action through their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own respective costs and attorneys' fees.

Entered into this 20th day of June, 2018.

*Claude M. Hilton*
District Court Judge
U.S. District Court for the Eastern District of
Virginia, Alexandria Division

Dated: June 19, 2018

Respectfully submitted,

\_\_\_/s/\*_____  
Richard V.W. Adams, III  
Virginia Bar No. 18121  
Walton & Adams, P.C.  
1925 Isaac Newton Square, Suite 250  
Reston, Virginia 20190  
Phone: 703-790-8000  
Fax: 703-290-8016  
radams@walton-adams.com  

*Counsel for Defendant Koons of Tysons Corner, Inc.*

\_\_\_/s/_____  
Edward Lee Isler  
Virginia Bar No. 27985  
ISLER DARE, P.C.  
1945 Old Gallows Road, Suite 650  
Vienna, Virginia 22182  
Phone: 703-748-2690  
Fax: 703-748-2695  
eisler@islerdare.com  

\_\_\_/s/_____  
Thomas F. Hennessy, Esq.  
Virginia Bar No. 32850  
The Hennessy Law Firm, PLLC  
4015 Chain Bridge Road, Suite G  
Fairfax, Virginia 22030  
Phone: 703-865-8836  
Fax: 703-865-7633  
thennessy@virginiawage.net  

*Counsel for Plaintiffs*

\_\_\_/s/\*_____  
Mark E. Papadopoulos  
Va. Bar No. 77508  
ISLER DARE, P.C.  
1945 Old Gallows Road, Suite 650  
Vienna, Virginia 22182  
(703) 748-2690  
(703) 748-2695 (fax)  
mpapadopoulos@islerdare.com  

*Counsel for Defendant DeJaun Moore*

\*Signed by Thomas F. Hennessy with permission from Mark E. Papadopoulos and Richard V.W. Adams

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June 2018, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mark E. Papadopoulos
Isler Dare, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
mpapadopoulos@islerdare.com

*Counsel for Defendant DeJaun Moore*

Richard V.W. Adams, III
Walton & Adams, P.C.
1925 Isaac Newton Square, Suite 250
Reston, Virginia 20190
Phone: 703-790-8000
Fax: 703-290-8016
radams@walton-adams.com

*Counsel for Defendant Koons of Tysons Corner, Inc.*

/s/
Thomas F. Hennessy, Esq.
Virginia Bar No. 32850
The Hennessy Law Firm, PLLC
4015 Chain Bridge Road, Suite G
Fairfax, Virginia 22030
Phone: 703-865-8836
Fax: 703-865-7633
thennessy@virginiawage.net

*Counsel for Plaintiffs*